UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff(s),<br><br>     v.<br><br>SVYATOSLAV BONDARENKO, et al.,<br><br>                                    Defendant(s). | Case No. 2:17-CR-306 JCM (VCF)<br><br>ORDER |

Presently before the court is the matter of *United States of America v. Bondarenko, et al.*, case no. 2:17-cr-00306-JCM-VCF-5.  Arnaldo Sanchez Torteya ("petitioner") filed a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  (ECF No. 1056).  The court has examined the motion and finds that further briefing is appropriate.  The United States ("respondent") shall file a response within 21 days from the date of this order.  Thereafter, petitioner will have 14 days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response to petitioner's motion to vacate, set aside, or correct sentence (ECF No. 1056) no later than 21 days from the date of this order.  Petitioner may file a reply within 14 days.

The clerk is instructed to file this order in the instant matter and in the related civil case, no. 2:22-cv-00865-JCM.

DATED June 3, 2022.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**